# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW DITNES, individually and on behalf of all others similarly situated, ) ) ) | |
| *Plaintiff*, ) ) | Case No.: 1:18-cv-03128 |
| v. ) ) | Hon. Sara L. Ellis |
| MATCH GROUP, LLC, ) ) | Hon. Jeffrey T. Gilbert, Magistrate |
| *Defendant*. ) | |

## AGREED NOTICE OF SETTLEMENT

Defendant Match Group, LLC ("Match Group") and Plaintiff Matthew Ditnes (collectively, the "Parties") hereby give notice that the Parties have agreed to settle this dispute and expect to file a voluntary stipulation of dismissal within the next 30 days.

In the interest of conserving the resources of the Court and the Parties while executing this and other settlement documents, the Parties have agreed to and hereby request the Court to suspend all deadlines in the case, including the deadline for Match Group to file its motion to dismiss and all other pending deadlines. The Parties thank the Court for its consideration of this matter.

Dated: August 1, 2018

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ William M. Sweetnam* | By: */s/ David Sillers* |
| **SWEETNAM LLC**<br>William M. Sweetnam<br>wms@sweetnamllc.com | **SIDLEY AUSTIN LLP**<br>Mark B. Blocker<br>mblocker@sidley.com |

| | |
|---|---|
| Natasha Singh<br>ns@sweetnamllc.com<br>100 North La Salle Street, Suite 2200<br>Chicago, Illinois  60602<br>(312) 757-1888<br><br>*Attorneys for Plaintiff* | Thomas H. Collier<br>tcollier@sidley.com<br>One South Dearborn Street<br>Chicago, IL  60603<br>P:  (312) 853-7000<br>F:  (312) 853-7036<br><br>David Sillers (admitted *pro hac vice*)<br>dsillers@sidley.com<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas  75201<br>P:  (214) 981-3300<br>F:  (214) 981-3400<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 1, 2018, he served the foregoing Motion to Withdraw as Counsel on all counsel of record via the Court's ECF filing system.


By:  */s/ David Sillers*

David Sillers