IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW DITNES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MATCH GROUP, LLC,<br><br>*Defendant*. | )<br>)<br>)<br>) Case No.: 1:18-cv-03128<br>)<br>) Hon. Sara L. Ellis<br>)<br>)<br>) Hon. Jeffrey T. Gilbert, Magistrate<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matthew Ditnes ("Ditnes" or "Plaintiff"), by and through his undersigned counsel, hereby dismisses this action with prejudice as to himself and without prejudice as to the members of the proposed class.

Dated: August 30, 2018

                                               Respectfully submitted,

                                               **MATTHEW DITNES**

                                               /s/ William M. Sweetnam
                                               One of Plaintiff's Attorneys

                                               William M. Sweetnam
                                               wms@sweetnamllc.com
                                               Natasha Singh
                                               ns@sweetnamllc.com
                                               SWEETNAM LLC
                                               100 North La Salle Street, Suite 2200
                                               Chicago, IL  60602
                                               P:  (312) 757-1888

                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 30, 2018, he served the foregoing **Stipulation of Voluntary Dismissal** on all counsel of record via the Court's ECF filing system.

                        By:    */s/* William M. Sweetnam