UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Matthew Ditnes

                      Plaintiff,

v.                                                   Case No.: 1:18–cv–03128
                                                  Honorable Sara L. Ellis

Match Group, LLC

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 31, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiff having filed a notice of voluntary dismissal [30], the instant action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice to the putative class claims. Each party to bear its own costs and fees. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.